

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00510-CV

Richard L. **PEREZ**,
Appellant

v.

**DEPARTMENT STORES NATIONAL BANK**, now merged into Citibank, N.A.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV05057
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: January 25, 2023

DISMISSED FOR WANT OF PROSECUTION

Appellant Richard Perez's brief was due on October 27, 2022. Neither the brief nor a motion for extension of time was filed. We therefore ordered Perez to file, on or before December 13, 2022, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee was not significantly injured by his failure to timely file a brief. We notified Perez that if he failed to file a brief and the written response by the date ordered, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *id*. 42.3(b), (c).

Perez failed to respond to our order. Therefore, we dismiss this appeal for want of prosecution. *See id*. 42.3(a), (c). Costs of appeal are taxed against Perez.

PER CURIAM